FILED
U.S. DIST. COURT
BRUNSWICK DIV.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

2005 NOV 21   A 10: 34

KENDRICK TREMAINE JETER,

     Plaintiff,

    vs.

MEDICAL DEPARTMENT at the
FEDERAL CORRECTIONAL
INSTITUTION, Jesup, Georgia,

     Defendant.

CLERK _____
S. DIST. OF GA.

CIVIL ACTION NO.: CV205-177

## O R D E R

Plaintiff previously submitted a complaint to the Court for filing.  Plaintiff sought to proceed *in forma pauperis*.  By Order dated September 29, 2005, Plaintiff was advised of the changes in procedures for filing and litigating prisoner civil rights suits brought about by the Prison Litigation Reform Act.  Plaintiff was given until October 31, 2005, to notify the Court in writing as to whether, in light of the Prison Litigation Reform Act, he desired that his complaint be considered by the Court.

Plaintiff has failed to respond to that September 29, 2005, Order.  Accordingly, as set forth in said Order, this action is **DISMISSED**, without prejudice.

**SO ORDERED**, this ___21___ day of _____Nov._____, 2005

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)